ANNA SHAPIRO and JACOB SHAPIRO, Appellants, v. FRIEDA HALPERIN, Respondent.— In an action by plaintiff wife to recover damages for injuries sustained as

the result of alleged negligence of the respondent in maintaining a worn step which was in a dangerous and defective condition, and by her husband for loss of services and for expenses, judgment for respondent unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.